# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUSSA KOUYATE,<br><br>    Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC.,<br><br>    Defendant. | **Old Case Number**<br>**1:07cv0242 AWI DLB**<br><br>**New Case Number**<br>**1:07cv0242 AWI TAG**<br><br>ORDER REASSIGNING CASE |

    Considering the recent appointment of Magistrate Judge Theresa A. Goldner, the Court finds good cause to reassign the above captioned case which arises out of an occurrence in Kern County, California.

    Accordingly, the above captioned case is HEREBY REASSIGNED to Magistrate Judge Theresa Goldner for all further proceedings.

1

The new case number for this action, which must be used on all future documents filed with the court is:

**1:07cv0242 AWI TAG**

IT IS SO ORDERED.

Dated: __February 21, 2007__        __/s/ Dennis L. Beck__
3b142a                              UNITED STATES MAGISTRATE JUDGE

2