UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUSSA KOUYATE, an individual, ,<br><br>Plaintiff,<br><br>v.<br><br>ADT SECURITY SERVICES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,,<br><br>Defendants. | Case No. 1:07-CV-0242 AWI TAG<br><br>▓▓▓▓▓▓▓ ORDER CONTINUING FEBRUARY 22, 2008 STATUS CONFERENCE |

Pursuant to the Stipulation To Continue February 22, 2008 Status Conference filed by both parties and good cause being shown,

IT IS HEREBY ORDERED that the status conference in the above-referenced matter, currently scheduled for February 22, 2008, be and hereby is continued to Wednesday, March 5, 2008, at 9:30 a.m., at the United States District Court located at 1200 Truxtun Avenue, Suite 120, Bakersfield, California. ~~telephonically~~ *The parties may appear telephonically by arranging a one-line conference call to* ~~the~~ *Court, to 661-326-6620.*

DATED: 2/21/2008            By: _[signature]_
                                  United States ▓▓▓▓▓▓ Magistrate Judge