IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUSSA KOUYATE, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ADT SECURITY SERVICES, INC., ) <br> a Delaware Corporation, and DOES 1 ) <br> through 100, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:07-CV-0242 AWI TAG <br><br> ORDER CLOSING CASE IN LIGHT OF RULE 41(a)(1)(ii) VOLUNTARY DISMISSAL |

On February 27, 2008, Plaintiffs filed a stipulation for dismissal with prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1). The notice is signed by each party who has appeared in this case.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4. Because Plaintiffs have filed a stipulation for dismissal with prejudice under Rule 41(a)(1)(ii), that is signed by all parties who have made an appearance, this case has terminated.

  Therefore, IT IS HEREBY ORDERED that the Clerk of the Court close this case in light of parties' filed and properly signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice. Each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   February 29, 2008**      **/s/ Anthony W. Ishii**
                  UNITED STATES DISTRICT JUDGE